IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DWIGHT KENNEDY                                                              PLAINTIFF

V.                                                         CIVIL ACTION NO.: 1:08CV26-SA-JAD

METLIFE AUTO AND
HOME INSURANCE, INC.                                                        DEFENDANT

## ORDER ON MOTION FOR SUMMARY JUDGMENT

Presently before the Court is Defendant's Motion for Summary Judgment [18], and Plaintiff's Motion for Extension of Time to File Response to Defendant's Motion for Summary Judgment [19]. The Court finds as follows:

Defendant's Motion for Summary Judgment is untimely under Rule 7.2(K) of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi. Rule 7.2(K) provides in pertinent part as follows:

> Any motion served beyond the motion deadline imposed in the Case Management Order entered pursuant to Rule 16.1(B)(9) may be denied solely because the motion is served untimely.

UNIFORM LOCAL RULE 7.2 (K).

The Case Management Order in the present action listed November 27, 2008, as the last day on which to file motions. Defendant filed its Motion for Summary Judgment on January 21, 2009, nearly two months after the set deadline. Therefore, Defendant's Motion for Summary Judgment [18] is **DENIED** as untimely, and Plaintiff's Motion for Extension of Time to File Response to Defendant's Motion for Summary Judgment [19] is **DENIED** as moot.

SO ORDERED, this the 6th day of February 2009.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**