IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF MISSISSIPPI, EASTERN DIVISION

| | |
|---|---|
| DWIGHT KENNEDY | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:08CV26-SA-JAD |
| METLIFE AUTO AND HOME INSURANCE INC. | DEFENDANT |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties having announced to the Court that this case should be dismissed with prejudice as to the Defendant, Metlife Auto and Home Insurance, Inc., because of a complete compromise and settlement between the Plaintiff and Defendant;

IT IS THEREFORE ORDERED that this case and all claims asserted in the case are dismissed with prejudice.

SO ORDERED, this the 9th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
Mr. Brandon S. Leslie, Esquire
*Attorney for Plaintiff*

_____
Mr. P. Nelson Smith, Jr., Esquire
*Attorney for Defendant*

AC/26271060/OrdofDismissal